# EXHIBIT A

## Docket Tools

| Get Updated Docket | Track Docket Activity | Search for Similar | Set Alert for Similar Dockets |
|---|---|---|---|
| This docket was retrieved from the court on 10/20/2016 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case |

[Add to My Briefcase]
[Email this Docket]
[Printer Friendly Format]

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

## Docket

`>>> Lexis® Web Search is enabled on this docket`

### US District Court Civil Docket

#### U.S. District – Florida Southern
(Miami)

#### 1:15cv21837

#### Acosta v. Mega Media Holdings, Inc. et al

This case was retrieved from the court on Thursday, October 20, 2016

| Update Now |
|---|

| | |
|---|---|
| Date Filed: **05/14/2015** | Class Code: **CLOSED** |
| Assigned To: **Judge Marcia G. Cooke** | Closed: **10/26/2016** |
| Referred To: **Magistrate Judge Edwin G. Torres** | Statute: **17:0501** |
| Nature of suit: **Copyrights (820)** | Jury Demand: **Defendant** |
| Cause: **Copyright Infringement** | Demand Amount: **$0** |
| Lead Docket: **None** | NOS Description: **Copyrights** |
| Other Docket: **None** | |
| Jurisdiction: **Federal Question** | |

| Litigants | Attorneys |
|---|---|
| Yosmani Acosta<br>an individual<br>Plaintiff | **Aldo M. Leiva**<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Lubell Rosen<br>1 Alhambra Plaza Suite 1410<br>Miami , FL  33134<br>USA<br>305-442-9211<br>Fax: 305-442-9047<br>Email:Aleiva@leivalaw.Com<br><br>**Francesca Russo-Di Staulo**<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Espinosa Trueba, PL<br>1428 Brickell Avenue Suite 100<br>Miami , FL  33131<br>USA<br>305-854-0900<br>Fax: 305-285-5555<br>Email:Frusso@etlaw.Com<br><br>**Jorge Tadeo Espinosa**<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Espinosa \| Trueba PL<br>1428 Brickell Avenue Suite 100<br>Miami , FL  33131<br>USA<br>305-854-0900<br>Fax: 305-285-5555<br>Email:Jespinosa@etlaw.Com<br><br>**William Rafael Trueba , Jr.**<br>ATTORNEY TO BE NOTICED<br>Espinosa \| Trueba PL<br>1428 Brickell Avenue Suite 100<br>Miami , FL  33131<br>USA<br>305-854-0900<br>Fax: 855-854-0900<br>Email:Wtrueba@etlaw.Com |
| Mega Media Holdings, Inc.<br>a Delaware corporation<br>agent of | **Hans Helmut Hertell**<br>ATTORNEY TO BE NOTICED<br>Stroock & Stroock & Lavan LLP<br>200 South Biscayne Boulevard |

Mega TV
Defendant

Miami , FL  33131
USA
(305) 789-9331
Fax: (305) 789-9302
Email:Hhertell@stroock.Com

James George Sammataro
ATTORNEY TO BE NOTICED
Stroock & Stroock & Lavan, LLP
200 South Biscayne Boulevard Suite 3100
Miami , FL  33131
USA
305-358-9900
Fax: 305-789-9302
Email:Jsammataro@stroock.Com

Spanish Broadcasting System of Delaware, Inc.
a Delaware corporation
Defendant

Hans Helmut Hertell
ATTORNEY TO BE NOTICED
Stroock & Stroock & Lavan LLP
200 South Biscayne Boulevard
Miami , FL  33131
USA
(305) 789-9331
Fax: (305) 789-9302
Email:Hhertell@stroock.Com

James George Sammataro
ATTORNEY TO BE NOTICED
Stroock & Stroock & Lavan, LLP
200 South Biscayne Boulevard Suite 3100
Miami , FL  33131
USA
305-358-9900
Fax: 305-789-9302
Email:Jsammataro@stroock.Com

Waldo Fernandez
Defendant

Spanish Broadcasting System of Delaware, Inc.
a Delaware corporation
Thirdparty Plaintiff

James George Sammataro
ATTORNEY TO BE NOTICED
Stroock & Stroock & Lavan, LLP
200 South Biscayne Boulevard Suite 3100
Miami , FL  33131
USA
305-358-9900
Fax: 305-789-9302
Email:Jsammataro@stroock.Com

Mega Media Holdings, Inc.
a Delaware corporation
Thirdparty Plaintiff

James George Sammataro
ATTORNEY TO BE NOTICED
Stroock & Stroock & Lavan, LLP
200 South Biscayne Boulevard Suite 3100
Miami , FL  33131
USA
305-358-9900
Fax: 305-789-9302
Email:Jsammataro@stroock.Com

Marakka 2000 Inc.
Thirdparty Defendant

Waldo Fernandez
Thirdparty Defendant

## Documents

| Retrieve Document(s) | Send to TimeMap |

| | | | | Items 1 to 159 of 159 | |
|---|---|---|---|---|---|
| | **Availability** | **No.** | **Date** | **Proceeding Text** | **Source** |
| | | | | [　　　　] [ Filter ] | |
| ☐ | Free | 1 | 05/14/2015 | COMPLAINT and Demand for Jury Trial against All Defendants. Filing fees $ 400.00 receipt number 113C-7735464, filed by Yosmani Acosta. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s) for Mega Media Holdings, Inc., # 3 Summon(s) for Spanish Broadcasting System of Delaware, Inc.)(Trueba, William) (Entered: 05/14/2015) | |
| ☐ | Runner | 2 | 05/14/2015 | Judge Assignment to Judge Marcia G. Cooke (Entered: 05/15/2015) | |
| ☐ | Online | 3 | 05/14/2015 | Clerks Notice pursuant to 28 USC 636(c). Parties are hereby notified that the U.S. Magistrate Judge Edwin G. Torres is available to handle any or all proceedings in this case. If agreed, parties should complete and file the attached form. (vjk). Modified to add pdf document on 5/15/2015 (vjk). (Entered: 05/15/2015) | |
| ☐ | Online | 4 | 05/14/2015 | FORM AO 121 SENT TO DIRECTOR OF U.S. COPYRIGHT OFFICE (vjk) (Entered: 05/15/2015) | |
| ☐ | Online | 5 | 05/15/2015 | Summons Issued as to Mega Media Holdings, Inc., Spanish Broadcasting System of Delaware, Inc. (vjk) (Entered: 05/15/2015) | |

DLE Process Servers
247 S.W. 8 Street
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

# INVOICE

Invoice #DLE-2015006968
5/21/2015





Espinosa Trueba PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

Your Contact: Dian Bram
**Case Number: 15-CV-21837-COOKE/TORRES**

Plaintiff:
**YOSMANI ACOSTA, AN INDIVIDUAL**

Defendant:
**SPANISH BROADCASTING SYSTEM OF DELAWARE, INC., A DELAWARE CORPORATION, AND MEGA
MEDIA HOLDINGS, INC. D/B/A MEGA TC, A DELAWARE CORPORATION**

Received: 5/20/2015   Non-Served: 5/21/2015  NON-SERVE - COMMENTS
To be served on: Spanish Broadcasting System Of Delaware, Inc.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------|-------|--------|
| Miami-Dade Summons | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:**                         **$40.00**

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice
over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's
fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc.  Process Server's Toolbox V6.5h

DLE Process Servers
247 S.W. 8 Street
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

# INVOICE



Espinosa Trueba PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

Your Contact: Dian Bram
**Case Number: 15-CV-21837-COOKE/TORRES**

Plaintiff:
**YOSMANI ACOSTA, AN INDIVIDUAL**

Defendant:
**SPANISH BROADCASTING SYSTEM OF DELAWARE, INC., A DELAWARE CORPORATION, AND MEGA
MEDIA HOLDINGS, INC. D/B/A MEGA TC, A DELAWARE CORPORATION**

Received: 5/20/2015   Non-Served: 5/21/2015  NON-SERVE - COMMENTS
To be served on: Mega Media Holdings, Inc. D/B/A Mega Tv

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Miami-Dade Summons | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:**                                                                                          **$40.00**

Please include the invoice number on your check.
Payment is due 30 days after invoiced. A late fee of $5.00 will apply to each unpaid invoice after 60 days. Any invoice
over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's
fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox VI-5h

**DLE Process Servers**
247 S.W. 8 Street
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

# INVOICE

Invoice #DLE-2016002297
2/25/2016

Original Date: 2/23/2016



Espinosa Trueba PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

Your Contact: Diana Bram
**Case Number: 15-CV-21837-COOKE/TORRES**

Plaintiff:
**YOSMANI ACOSTA, AN INDIVIDUAL**

Defendant:
**SPANISH BROADCASTING SYSTEM OF DELAWARE, INC., A DELAWARE CORPORATION, AND MEGA MEDIA HOLDINGS, INC. D/B/A MEGA TC, A DELAWARE CORPORATION**

Received: 2/22/2016   Served: 2/25/2016 12:19 pm  INDIVIDUAL/PERSONAL
To be served on: Marlene Maseda Fusion 4 Media, Inc.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade Summons | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:** $40.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

**DLE Process Servers**
247 S.W. 8 Street
#261
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

# INVOICE

Invoice #DLE-2016003047
3/7/2016



Espinosa Trueba PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

**Your Contact:** Diana Bram
**Case Number:** 1:15-CV-21837-MGC

Plaintiff:
**YOSMANI ACOSTA**

Defendant:
**SPANISH BROADCASTING SYSTEM OF DELAWARE, INC., MEGA MEDIA HOLDINGS, INC., D/B/A MEGA TV; AND WALDO FERNANDEZ**

Received: 3/5/2016   Served: 3/5/2016 8:50 pm  SUBSTITUTE - RESIDENTIAL
To be served on: Waldo Fernandez

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Miami-Dade Summons | 1.00 | 40.00 | 40.00 |
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $80.00 |

| BALANCE DUE: | | | $80.00 |
|---|---|---|---|

**Comments pertaining to this Invoice:**
03/05/2016  8:50 pm    Subject's girlfriend stated that subject is currently in the hospital and would not be
able to attend. No further information provided.

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice
over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's
fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

**DLE Process Servers**
**247 S.W. 8 Street**
**#261**
**Miami, FL 33130**
**Phone: (786) 220-9705**
**Fax: (786) 363-8808**
**Tax ID 300501491**

# INVOICE



Espinosa Trueba PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131



Your Contact: Diana Bram
**Case Number:  1:15-CV-21837-MGC**

Plaintiff:
**YOSMANI ACOSTA**

Defendant:
**SPANISH BROADCASTING SYSTEM OF DELAWARE, INC., MEGA MEDIA HOLDINGS, INC., D/B/A MEGA TV;**
**AND WALDO FERNANDEZ**

Received: 2/26/2016    Served: 3/3/2016 8:00 pm  SUBSTITUTE - RESIDENTIAL
To be served on: Waldo Fernandez

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade Summons | 1.00 | 40.00 | 40.00 |
| Additional Address | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $80.00 |

**BALANCE DUE:** $80.00

**Comments pertaining to this Invoice:**

| | |
|---|---|
| 03/01/2016  9:44 am | Defendant does not reside at 16342 SW 62nd Terrace as per owner Daisy Borges. Owners purchases house in July 2015. No further info provided. |
| 03/02/2016  2:24 pm | Please have the process server try this address: |

1407 W 44th Terrace
Hialeah, FL 33012.
03/03/2016  8:00 pm    Served at 2nd address: 1407 W 44th Terrace, Hialeah, FL 33012.

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice
over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's
fees for invoices sent to collections.

Copyright © 1992-2011 Database Services  Inc  · Process Server s Toolbox V6 5h

DLE Process Servers
247 S.W. 8 Street
#251
Miami, FL 33130
Phone: (786) 220-9705
Fax: (786) 363-8808
Tax ID 300501491

# INVOICE



Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

Your Contact: Zoila Sanchez
**Case Number: 15-CV-21837-COOKE/TORRES**

Plaintiff:
**YOSMANI ACOSTA, AN INDIVIDUAL**

Defendant:
**SPANISH BROADCASTING SYSTEM OF DELAWARE, INC., A DELAWARE CORPORATION, AND MEGA
MEDIA HOLDINGS, INC. D/B/A MEGA TC, A DELAWARE CORPORATION**

Received: 9/27/2016    Served: 9/27/2016 3:50 pm  INDIVIDUAL/PERSONAL
To be served on: Maria I Montoya as individual and corporate representative of Mega Media Holdings Inc & Spanish
Broadcasting System of DE Inc

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami Dade Subpoena - Same Day Service Priority | 1.00 | 105.00 | 105.00 |
| Witness Fee Check | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $150.00 |

**BALANCE DUE:**                                                                          $150.00

Please include the invoice number on your check.
Payment is due 30 days after invoiced.  A late fee of $5.00 will apply to each unpaid invoice after 60 days.  Any invoice
over 120 days past due may be subject to collection.  Attorney/Client is responsible for all costs to include attorney's
fees for invoices sent to collections.

Copyright © 1992-2011 Database Services, Inc. · Process Server's Toolbox V6 5h

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | William Trueba | | |
|---|---|---|---|
| | Espinosa Trueba | **Invoice #:** | FLA2572253 |
| | 1428 Brickell Ave. | **Invoice Date:** | 3/9/2016 |
| | Suite 100 | **Balance Due:** | $508.53 |
| | Miami, FL, 33131-3409 | | |

| | |
|---|---|
| **Case:** | Acosta, Yosmani v. Mega Media Holdings Inc |
| **Job #:** | 2265463 \| Job Date: 3/4/2016 \| Delivery: Normal |
| **Billing Atty:** | William Trueba |
| **Location:** | Robert Rizzo Home Office |
| | 99 Rutland Road \| East Hampton, NY 11937 |
| **Sched Atty:** | James Sammataro, Esq. \| Stroock & Stroock & Lavan LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Roberto Rizzo | Certified Transcript | Page | 123.00 | $3.30 | $405.90 |
| | Exhibits | Per Page | 33.00 | $0.85 | $28.05 |
| | Litigation Package | 1 | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $31.08 | $31.08 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $508.53 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $508.53 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



POSTED 3/30/16

| Bill To: | William Trueba | | |
|---|---|---|---|
| | Espinosa Trueba | **Invoice #:** | FLA2582698 |
| | 1428 Brickell Ave. | **Invoice Date:** | 3/21/2016 |
| | Suite 100 | **Balance Due:** | $706.33 |
| | Miami, FL, 33131-3409 | | |

| | |
|---|---|
| **Case:** | Acosta, Yosmani v. Mega Media Holdings Inc Et Al |
| **Job #:** | 2240608 | Job Date: 2/24/2016 | Delivery: Normal |
| **Billing Atty:** | William Trueba |
| **Location:** | Stroock Stroock & Lavan LLP |
| | Southeast Financial Center | 200 S Biscayne Blvd, Suite 3100 | Miami, FL 33131 |
| **Sched Atty:** | James Sammataro, Esq. | Stroock & Stroock & Lavan LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 190.00 | $3.30 | $627.00 |
| Yosmani Acosta | Litigation Package | 1 | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $35.83 | $35.83 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | | $706.33 |
| | **Payment:** | | $0.00 |
| | **Credit:** | | $0.00 |
| | **Interest:** | | $0.00 |
| | **Balance Due:** | | $706.33 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

# INVOICE

**DLE Court Reporters**
1900 Coral Way, Suite 101
Miami FL 33145
Phone:786-522-0522   Fax:786-363-8808

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5223 | 3/23/2016 | 1214 |

| Job Date | Case No. |
|---|---|
| 3/3/2016 | 1:15-21837-CIV-COOKE/TORRES |

**Case Name**

Yosmani Acosta vs. Spanish Broadcasting System of Delaware, Inc

William Trueba, Jr., Esquire
Espinosa Trueba,PL
1428 Brickell Avenue, Suite 100
Miami FL 33131

**Payment Terms**

Net 30

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Walter Rodriguez | | | | |
| | 136.00 Pages | @ | 4.20 | 571.20 |
| Courtesy Delivery | 1.00 | @ | 0.00 | 0.00 |
| Exhibit- Black & White | 73.00 | @ | 0.50 | 36.50 |
| 10am: Walter Rodriguez | | | | |
| Deposition First Hr. | 1.00 | @ | 85.00 | 85.00 |
| Deposition Additional Hr. | 5.00 | @ | 50.00 | 250.00 |

**TOTAL DUE >>>**  **$942.70**

MAKE PAYMENTS AT:DLECOURTREPORTERS.com Website

Invoice due within 30days.
Please include the invoice number on your check.
**Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.**

**Tax ID:** 47-2790335

Phone: 305-854-0900    Fax:305-854-0900

# INVOICE

DLE Court Reporters
1900 Coral Way, Suite 101
Miami FL 33145
Phone:786-522-0522    Fax:786-363-8808

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5225 | 3/23/2016 | 1219 |

| Job Date | Case No. |
|---|---|
| 3/8/2016 | 1:15-21837-CIV-COOKE/TORRES |

| Case Name |
|---|
| Yosmani Acosta vs. Spanish Broadcasting System of Delaware, Inc |

| Payment Terms |
|---|
| Net 30 |

William Trueba, Jr., Esquire
Espinosa Trueba,PL
1428 Brickell Avenue, Suite 100
Miami FL 33131



Waldo Fernandez

| | | | |
|---|---|---|---|
| Certification of Non-Appearance | 1.00 | @ | 10.00 | 10.00 |
| Deposition First Hr. | 1.00 | @ | 85.00 | 85.00 |
| 10am: Marlene Maseda | | | |
| Reporter Add. hr. | 2.00 | @ | 50.00 | 100.00 |
| Deposition First Hr. | 1.00 | @ | 85.00 | 85.00 |

**TOTAL DUE >>>**     **$280.00**

MAKE PAYMENTS AT:DLECOURTREPORTERS.com Website

Invoice due within 30days.
Please include the invoice number on your check.
**Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.**

Tax ID: 47-2790335

Phone: 305-854-0900    Fax:305-854-0900

# INVOICE

DLE Court Reporters
1900 Coral Way, Suite 101
Miami FL 33145
Phone:786-522-0522    Fax:786-363-8808

William Trueba, Jr., Esquire
Espinosa Trueba,PL
1428 Brickell Avenue, Suite 100
Miami FL 33131

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5227 | 3/24/2016 | 1218 |
| **Job Date** | **Case No.** | |
| 3/7/2016 | 1:15-21837-CIV-COOKE/TORRES | |
| **Case Name** | | |
| Yosmani Acosta vs. Spanish Broadcasting System of Delaware, Inc | | |
| **Payment Terms** | | |
| Net 30 | | |

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Alejandro Aleman | | | | |
| Courtesy Delivery | 230.00 Pages | @ | 4.20 | 966.00 |
| Alejandro Aleman | 1.00 | @ | 0.00 | 0.00 |
| Deposition First Hr. | 1.00 | @ | 85.00 | 85.00 |
| Depositon Additional Hr. | 7.00 | @ | 50.00 | 350.00 |

**TOTAL DUE >>>**      **$1,401.00**

MAKE PAYMENTS AT:DLECOURTREPORTERS.com  Website

Invoice due within 30days.
Please include the invoice number on your check.
**Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.**

Tax ID: 47-2790335

Phone: 305-854-0900    Fax:305-854-0900

# INVOICE

DLE Court Reporters
1900 Coral Way, Suite 101
Miami FL 33145
Phone:786-522-0522    Fax:786-363-8808

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5222 | 3/23/2016 | 1215 |

| Job Date | Case No. |
|---|---|
| 3/2/2016 | 1:15-21837-CIV-COOKE/TORRES |

**Case Name**

Yosmani Acosta vs. Spanish Broadcasting System of Delaware, Inc

**Payment Terms**

Net 30

William Trueba, Jr., Esquire
Espinosa Trueba,PL
1428 Brickell Avenue, Suite 100
Miami FL  33131

| | | | | |
|---|---|---|---|---|
| 10am: Maira I. Montoya, c/o James Sammataro, Esq. | | | | |
| Interperter Hourly | 8.50 | @ | 110.00 | 935.00 |
| 10am: Maira I. Montoya, c/o James Sammataro, Esq. | | | | |
| Deposition First Hr. | 1.00 | @ | 85.00 | 85.00 |
| Deposition Additional Hr. | 8.00 | @ | 50.00 | 400.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| Maria Montoya | 185.00 Pages | @ | 4.20 | 777.00 |
| Exhibit- Black & White | 578.00 | @ | 0.50 | 289.00 |
| Courtesy Delivery | 1.00 | @ | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$2,486.00** |

MAKE PAYMENTS AT:DLECOURTREPORTERS.com  Website

Invoice due within 30days.
Please include the invoice number on your check.
**Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.**

**Tax ID:** 47-2790335

Phone: 305-854-0900    Fax:305-854-0900

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



**Bill To:** William Trueba
Espinosa Trueba
1428 Brickell Ave.
Suite 100
Miami, FL, 33131-3409

POSTED

| | |
|---|---|
| **Invoice #:** | FLA2589921 |
| **Invoice Date:** | 3/28/2016 |
| **Balance Due:** | $415.00 |

| | |
|---|---|
| **Case:** | Acosta, Yosmani v. Mega Media Holdings Inc |
| **Job #:** | 2265900 | Job Date: 3/8/2016 | Delivery: Normal |
| **Billing Atty:** | William Trueba |
| **Location:** | Stroock & Stroock & Lavan LLP |
| | 200 South Biscayne Boulevard | Suite 3100 | Miami, FL 33131 |
| **Sched Atty:** | James Sammataro, Esq. | Stroock & Stroock & Lavan LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Alfredo Estevez Gutierrez | Certified Transcript | Page | 105.00 | $3.30 | $346.50 |
| | Litigation Package | 1 | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $415.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $415.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569





| Bill To: | William Trueba |
|---|---|
| | Espinosa Trueba |
| | 1428 Brickell Ave. |
| | Suite 100 |
| | Miami, FL, 33131-3409 |

| | |
|---|---|
| **Invoice #:** | FLA2613805 |
| **Invoice Date:** | 4/22/2016 |
| **Balance Due:** | $1,172.97 |

| | |
|---|---|
| **Case:** | Acosta, Yosmani v. Mega Media Holdings Inc |
| **Job #:** | 2288316 | Job Date: 4/13/2016 | Delivery: Normal |
| **Billing Atty:** | William Trueba |
| **Location:** | Stroock & Stroock & Lavan LLP |
| | 200 South Biscayne Boulevard | Suite 3100 | Miami, FL 33131 |
| **Sched Atty:** | James Sammataro, Esq. | Stroock & Stroock & Lavan LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Hector Almaguer | Certified Transcript | Page | 331.00 | $3.30 | $1,092.30 |
| | Litigation Package | 1 | 1.00 | $43.50 | $43.50 |
| | Shipping & Handling | Package | 1.00 | $37.17 | $37.17 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $1,172.97 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,172.97 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

# INVOICE

**DLE Court Reporters**
1900 Coral Way, Suite 101
Miami FL 33145
Phone:786-522-0522   Fax:786-363-8808

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5311 | 5/16/2016 | 1318 |

| Job Date | Case No. |
|---|---|
| 4/29/2016 | 1:15-21837-CIV-COOKE/TORRES |

| Case Name |
|---|
| Yosmani Acosta vs. Spanish Broadcasting System of Delaware, Inc |

| Payment Terms |
|---|
| Net 30 |



Diana Bram
Espinosa Trueba,PL
1428 Brickell Avenue, Suite 100
Miami FL 33131

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jason Janego | 175.00 | Pages | @ | 7.25 | 1,268.75 |
| Courtesy Delivery | 1.00 | | @ | 0.00 | 0.00 |
| Exhibit- Black & White | 74.00 | | @ | 0.50 | 37.00 |
| 9:15am: Jason Janego | | | | | |
| Deposition First Hr. | 1.00 | | @ | 95.00 | 95.00 |
| Deposititon Additional Hr. | 5.00 | | @ | 50.00 | 250.00 |

**TOTAL DUE >>>** $1,650.75

Appearance: 9:15am-3:40pm
0+1 Transcript @2Day Expedite

MAKE PAYMENTS AT:DLECOURTREPORTERS.com  Website

Invoice due within 30days.
Please include the invoice number on your check.
**Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.**

**Tax ID:** 47-2790335

Phone: 305-854-0900     Fax:305-854-0900

*Please detach bottom portion and return with payment.*

# INVOICE

DLE Court Reporters
1750 Coral Way
Suite 300
Miami FL 33145
Phone:786-522-0522    Fax:786-363-8808

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5562 | 9/30/2016 | 1219 |
| **Job Date** | | **Case No.** |
| 3/8/2016 | | 1:15-21837-CIV-COOKE/TORRES |
| **Case Name** | | |
| Yosmani Acosta vs. Spanish Broadcasting System of Delaware, Inc | | |
| **Payment Terms** | | |
| Net 30 | | |

Diana Bram
Espinosa Trueba,PL
1428 Brickell Avenue, Suite 100
Miami FL 33131

Deposition: Marlene Maseda

0+1 Depo Transcript- Overnight

| | | | |
|---|---|---|---|
| 31.00 Pages | @ | 7.56 | 234.36 |
| **TOTAL DUE >>>** | | | **$234.36** |

MAKE PAYMENTS AT:DLECOURTREPORTERS.com

Invoice due within 30days.
Please include the invoice number on your check.
**Any invoice over 120 days past due may be subject to collection. Attorney/Client is responsible for all costs to include attorney's fees for invoices sent to collections.**

Thank you for you business.

**Tax ID:** 47-2790335

Phone: 305-854-0900    Fax:305-854-0900

*Please detach bottom portion and return with payment*

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| INVOICE | NUMBER<br>10-101116 Jackson |
|---|---|

| TO: Nnamdi Jackson, Esquire<br>Espinosa Trueba, PL<br>1428 Brickell Avenue, Suite 100<br>Miami, FL 33131<br><br>PHONE: (305) 854-0900<br>FAX: | MAKE CHECK PAYABLE TO:<br><br>JANOCA REPORTING SERVICES, INC.<br>400 N Miami Avenue, Suite 11S03<br>Miami, FL 33128<br><br>PHONE: (305) 523-5158 |
|---|---|

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Yosmani Acosta v Mega Media Holdings, Inc., et al.; Case No. 15-21837

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 36 | 6.66 | 239.76 | | | 0.00 | | | 0.00 | 239.76 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): October 11, 2016 | TOTAL | 239.76 |
|---|---|---|
| Estimate for opening statements made by the defense. | LESS DISCOUNT FOR LATE DELIVERY | |
| ***Payment must be received before transcript released.*** | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 239.76 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/ Tamra K. Piderit | DATE<br>10/13/2016 |
|---|---|

DISTRIBUTION:    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# RICOH

## INVOICE

| | |
|---|---|
| Invoice # | FTL16100042 |
| Invoice Date: | 10/12/2016 |
| Due Date: | 11/11/2016 |
| Terms: | Net 30 Days |
| Account: | 23394262 |
| Natl ID: | 91261 |

Ricoh USA, Inc. - Ft Lauderdale, FL
Phone: (954) 764-7003     Fax: (954) 764-2140
Federal ID: 230334400

**BILL TO / SHIP TO:**

**ESPINOSA TRUEBA MARTINEZ**
Attn: Accounts Payable
1425 BRICKELL AVE STE 100
MIAMI, FL 33131



Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Acosta v Mega | | | DESIREE REAVIS |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1610-0019 | 10/10/2016 | Diana Bram | | | |
| 634 | Tabs (Alpha/Numeric) | | 545.00 | 0.3500 | 190.75 |
| 1027 | Prints - Color (ea) | | 735.00 | 0.8500 | 624.75 |
| 624 | Binder - D Ring 5" | | 15.00 | 46.0000 | 690.00 |
| 728 | Prints w/ Assembly | | 12,035.00 | 0.0900 | 1,083.15 |

ACOSTA V. MEGA

Valued Customer:

Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.
This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.
We thank you for your business and appreciate your understanding the necessity of this policy.

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 2,588.65 |
| Sales Tax: | 181.20 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **2,769.85** |

Received/Accepted by: {Print} _____ {Signature} _____ Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**ESPINOSA TRUEBA MARTINEZ**
1425 BRICKELL AVE STE 100
MIAMI, FL 33131

**Amount Enclosed**

$

| | |
|---|---|
| **Invoice:** | **FTL16100042** |
| Invoice Date: | 10/12/2016 |
| Due Date: | 11/11/2016 |
| Account: | 23394262 |
| natl id: | 91261 |

**Please Remit To:**
**Ricoh USA, Inc.**
Florida District - FTL
P O Box 532530
Atlanta, GA 30353-2530

**PAY THIS AMOUNT** $ 2,769.85



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
Tel 305-373-7874 Fax 305-381-7874
WWW.PRETRAN.COM

Written: translations@pretran.com
Spoken: interpreting@pretran.com
Events: conferences@pretran.com
Broadcast: broadcast@pretran.com

# INVOICE

billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

POSTED October 3, 2016

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

| | | |
|---|---|---|
| 09/30/2016 SPANISH INTERPRETING SERVICES | 3.50 Hours | $875.00 |

Reference: Yosmany Acosta vs. Spanish
Broadcasting of Delaware
For: Yosmany Acosta
Time: 1:30 pm - 5:00 pm
Travel Time: 0 Hours
Address: 1428 Brickell Avenue Suite 100, Miami
Type of Job: Client Meeting
Interpreter: Vicente J. de la Vega

**Balance Due** $875.00

### Invoice No 1610-49417-I

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No  I-54830

VICENTE J. DE LA VEGA, PRESIDENT       THANK YOU



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
**Tel** 305-373-7874 **Fax** 305-381-7874
**WWW.PRETRAN.COM**

**Written:** translations@pretran.com
**Spoken:** interpreting@pretran.com
**Events:** conferences@pretran.com
**Broadcast:** broadcast@pretran.com

# INVOICE

billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

September 30, 2016

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131



| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/29/2016 | SPANISH INTERPRETING SERVICES<br>Reference: Yosmany Acosta vs. Spanish Broadcasting of Delaware<br>For: Yosmany Acosta<br>Time: 9:30 am - 12:30 pm<br>Travel Time: 0 Hours<br>Address: 1428 Brickell Avenue Suite 100, Miami<br>Type of Job: Client Meeting<br>Interpreter: Vicente J. de la Vega | 3.00 Hours | $750.00 |

**Balance Due** $750.00

**Invoice No 1609-49406-I**

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No I-54820

VICENTE J. DE LA VEGA, PRESIDENT



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
**Tel** 305-373-7874 **Fax** 305-381-7874
**WWW.PRETRAN.COM**

**Written:** translations@pretran.com
**Spoken:** interpreting@pretran.com
**Events:** conferences@pretran.com
**Broadcast:** broadcast@pretran.com

# INVOICE

billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

POSTED!

October 11, 2016

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

| | | |
|---|---|---|
| 10/10/2016  SPANISH INTERPRETING SERVICES | 5.00 Hours | $1,250.00 |

Reference: Yosmany Acosta vs. Spanish
Broadcasting of Delaware
For: Yosmany Acosta
Time: 10:00 am - 3:00 pm
Travel Time: 0 Hours
Address: 1428 Brickell Avenue Suite 100, Miami
Type of Job: Client Meeting
Interpreter: Vicente J. de la Vega

Balance Due

$1,250.00

**Invoice No 1610-49457-I**

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No  I-54831

VICENTE J. DE LA VEGA, PRESIDENT                    THANK YOU



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
**Tel** 305-373-7874 **Fax** 305-381-7874
**WWW.PRETRAN.COM**

**Written:** translations@pretran.com
**Spoken:** interpreting@pretran.com
**Events:** conferences@pretran.com
**Broadcast:** broadcast@pretran.com

# INVOICE

billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

October 12, 2016

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131



| Date | Description | Hours | Amount |
|------|-------------|-------|--------|
| 10/11/2016 | SPANISH INTERPRETING SERVICES<br>Reference: Yosmany Acosta vs. Spanish Broadcasting of Delaware<br>For: Yosmany Acosta<br>Time: 3:00 pm - 5:00 pm<br>Travel Time: 0 Hours<br>Address: Federal Court Building Miami<br>Type of Job: Trial<br>Interpreter: Vicente J. de la Vega | 2.00 Hours | $500.00 |

Balance Due $500.00

**Invoice No 1610-49473-1**

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No 1-54875

VICENTE J. DE LA VEGA, PRESIDENT          THANK YOU



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
**Tel** 305-373-7874 **Fax** 305-381-7874
**WWW.PRETRAN.COM**

**Written:** translations@pretran.com
**Spoken:** interpreting@pretran.com
**Events:** conferences@pretran.com
**Broadcast:** broadcast@pretran.com

# INVOICE

billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

October 21, 2016

POSTED PAID

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

| | | |
|---|---|---|
| 10/20/2016 SPANISH INTERPRETING SERVICES | 2.00 Hours | $500.00 |

Reference: Yosmany Acosta vs. Spanish
Broadcasting of Delaware
For: Belkys Rodriguez
Time: 9:30 am - 11:00 am (2 hour minimum)
Travel Time: 0 Hours
Address: Federal Court Building Miami
Type of Job: Trial
Interpreter: Vicente J. de la Vega

| | |
|---|---|
| Balance Due | $500.00 |

### Invoice No 1610-49514-I

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No  I-54930

VICENTE J. DE LA VEGA, PRESIDENT                THANK YOU



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
**Tel** 305-373-7874 **Fax** 305-381-7874
**WWW.PRETRAN.COM**

**Written:** translations@pretran.com
**Spoken:** interpreting@pretran.com
**Events:** conferences@pretran.com
**Broadcast:** broadcast@pretran.com

# INVOICE
billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

October 19, 2016

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131



| | | |
|---|---|---|
| 10/18/2016 SPANISH INTERPRETING SERVICES | 5.50 Hours | $1,375.00 |

Reference: Yosmany Acosta vs. Spanish
Broadcasting of Delaware
For: Yosmany Acosta, Maria Montoya
Time: 9:30 am - 2:45 pm
Travel Time: 0 Hours
Address: Federal Court Building Miami
Type of Job: Trial
Interpreter: Vicente J. de la Vega

Balance Due                                $1,375.00

Invoice No 1610-49504-1

Please include invoice number with your payment.

Thank you for your business.         PTSI Job No  I-54925
Have a great day!

VICENTE J. DE LA VEGA, PRESIDENT                    THANK YOU



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
Tel 305-373-7874  Fax 305-381-7874
WWW.PRETRAN.COM

Written: ltranslations@pretran.com
Spoken: Interpreting@pretran.com
Events: conferences@pretran.com
Broadcast: broadcast@pretran.com

# INVOICE
billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269

October 18, 2018

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

| | | |
|---|---|---|
| 10/17/2018  SPANISH INTERPRETING SERVICES<br>Reference: Yosmany Acosta vs. Spanish<br>Broadcasting of Delaware<br>For: Yosmany Acosta, Maria Montoya<br>Time: 9:30 am - 5:00 pm<br>Travel Time: 0 Hours<br>Address: Federal Court Building Miami<br>Type of Job: Trial<br>Interpreter: Vicente J. de la Vega | 7.50 Hours | $1,875.00 |

Balance Due $1,875.00

**Invoice No 1610-49498-1**

Please include invoice number with your payment.

Thank you for your business.
Have a great day!

PTSI Job No  I-54912

VICENTE J. DE LA VEGA, PRESIDENT          THANK YOU



Precision Translating Services, Inc.
715 SW 73rd Avenue
Miami, FL 33144
Tel 305-373-7874 Fax 305-381-7874
WWW.PRETRAN.COM

**Written:** translations@pretran.com
**Spoken:** interpreting@pretran.com
**Events:** conferences@pretran.com
**Broadcast:** broadcast@pretran.com

# INVOICE
billing@pretran.com

**FEDERAL IDENTIFICATION NUMBER** 65.0746269



October 14, 2016

Attn: William R. Trueba, Esquire
Espinosa Trueba Martinez PL
1428 Brickell Avenue
Suite 100
Miami, FL 33131

| | | |
|---|---|---|
| 10/13/2016  SPANISH INTERPRETING SERVICES | 7.00 Hours | $1,750.00 |

Reference: Yosmany Acosta vs. Spanish
Broadcasting of Delaware
For: Yosmany Acosta
Time: 10:00 am - 5:00 pm
Travel Time: 0 Hours
Address: Federal Court Building Miami
Type of Job: Trial
Interpreter: Vicente J. de la Vega

Balance Due                                     $1,750.00

**Invoice No  1610-49483-1**

Please include invoice number with your payment.

Thank you for your business.          PTSI Job No  I-54886
Have a great day!

VICENTE J. DE LA VEGA, PRESIDENT                    THANK YOU

# United States District Court

for the

_____ District of _____

| INVOICE | NUMBER |
|---|---|

**TO:**

PHONE: _____

FAX: _____

**MAKE CHECK PAYABLE TO:**

PHONE: _____

## TRANSCRIPTS

☐ CRIMINAL    ☐ CIVIL

DATE ORDERED

DATE DELIVERED

IN THE MATTER OF (CASE NUMBER AND TITLE)

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| 14-Day | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Expedited | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Daily | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Hourly | | | $ 0.00 | | | $ 0.00 | | | $ 0.00 | $ 0.00 |
| Realtime | | | $ 0.00 | | | $ 0.00 | | | | $ 0.00 |

For proceedings on (Date):

| | |
|---|---|
| **TOTAL** | $ **0.00** |
| LESS DISCOUNT FOR LATE DELIVERY | $ |
| ADD AMOUNT OF DEPOSIT | $ |
| **AMOUNT DUE (OR REFUND)** | $ **0.0** |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

DATE

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| INVOICE | NUMBER<br>11-101116 Trueba |
|---|---|

| | |
|---|---|
| TO:   William R. Trueba, Jr., Esquire<br>       Espinosa Trueba PL<br>       1428 Brickell Avenue, Suite 100<br>       Miami, Florida 33131<br><br>PHONE:   (305) 854-0900<br><br>FAX: | MAKE CHECK PAYABLE TO:<br><br>Janoca Reporting Services, Inc.<br>400 N Miami Avenue, Suite 11S03<br>Miami, FL 33128<br><br>PHONE:   (305) 523-5158 |

## TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Yosmani Acosta v Mega Media Holdings, et al.

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 125 | 6.66 | 832.50 | | | 0.00 | | | 0.00 | 832.50 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   10/18/2016 and 10/24/2016 | TOTAL | 832.50 |
|---|---|---|
| Estimate for testimony of Walter Rodriguez and Defendant's closing argument.<br>**PAYMENT MUST BE RECEIVED BEFORE RELEASE OF TRANSCRIPT.** | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 832.50 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>/s/ Tamra K. Piderit | DATE<br>11/02/2016 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

AO 44 (Rev. 07/15)

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| INVOICE | NUMBER |
|---|---|
| | 11-102116 Trueba |

TO:   William R. Trueba, Esquire
Espinosa Trueba PL
1428 Brickell Avenue, Suite 100
Miami, FL 33131

PHONE:   (305) 854-0900

FAX:

MAKE CHECK PAYABLE TO:

Janoca Reporting Services, Inc.
400 N Miami Avenue, Suite 11S03
Miami, FL 33128

PHONE:   (305) 523-5158

### TRANSCRIPTS

☐ CRIMINAL   ☑ CIVIL   | DATE ORDERED | DATE DELIVERED |

IN THE MATTER OF (CASE NUMBER AND TITLE)
Yosmani Acosta v Mega Media Holdings, et al.; Case No. 15-21837-CV-Cooke

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 60 | 6.66 | 399.60 | | | 0.00 | | | 0.00 | 399.60 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   October 21 and 24, 2016 | TOTAL | 399.60 |
|---|---|---|
| Estimate for charge conference. | LESS DISCOUNT FOR LATE DELIVERY | |
| **PAYMENT MUST BE RECEIVED BEFORE RELEASE OF TRANSCRIPT.** | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 399.60 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER
/s/ Tamra K. Piderit | DATE
11/08/2016 |

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR